Submitted on remand from the Oregon Supreme Court May 11, appeal from supplemental judgment dismissed for lack of jurisdiction; otherwise affirmed July 27, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TOMI SUE FOWLER,
*Defendant-Appellant.*

Malheur County Circuit Court
07088861C1; A140410

261 P3d 1263

Bear Wilner-Nugent for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, for respondent.

Before Brewer, Chief Judge, and Edmonds, Senior Judge.

PER CURIAM

**PER CURIAM**

This case is on remand from the Oregon Supreme Court, which determined that this court lacked jurisdiction over the supplemental judgment. *State v. Fowler*, 350 Or 133, 252 P3d 302 (2011). We previously had affirmed without opinion. *State v. Fowler*, 236 Or App 239, 236 P3d 153 (2010). In light of the Supreme Court's remand, we modify our disposition as follows:

Appeal from supplemental judgment dismissed for lack of jurisdiction; otherwise affirmed.